JS-6

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VALLEY HEALTH SYSTEM,<br><br>Debtor. | Case No.: 5:17-cv-02556-AB<br><br>Assigned to Hon. Andre Birotte, Jr.<br><br>BANKR. Court Case No. 6:07-bk-18293<br><br>ADV Case No. 6:17-ap-01155-PC |
| PHYLIS ABBONDANZA, et al.,<br><br>Plaintiffs-Appellants,<br><br>vs.<br><br>METLIFE, INC., a New York corporation, et al.,<br><br>Defendants-Appellees. | **ORDER DISMISSING APPEAL** |

///

///

///

THE Court, having considered the Stipulation to Dismiss Appeal (the "Stipulation") filed in the appeal herein bearing the case number 5:17-cv-02556-AB (the "Appeal") by (i) Appellants, Phylis Abbondanza, Joseph Acosta, Diana Agnello,

Cindi Bailey, Michael Barrera, Linda Bassett, Debbie Bivians, Kathleen Bonney, Catherine Bruce, Teresa Booth, Mary Burgner, Richard Byrne, Sandra Callin, Shirley Calloway, Elizabeth Campion, Pamela Carlos, Barbara Chappell, Anna Cooper, Ronald Cox, Leeanne Cripe, Janette Davis, Rosie De La Rosa, Linda Dekiewiet, Ghirmai Dree, Cheryl Fish, Rajender Gill, Jennifer Goerl, Annette Greenwood, Aileen Grisham, Jean Harrison, Teri Harstad, Keith Herbert, Michael Hougen, Carol Killingsworth, Peggy Kirton, David Kleinhans, Diane Kraft, Jessica Lopez, Beatrice Massey, Thomas Mathiesen, Mathew McComb, James McKenzie, Jr., Linda McKenzie, Mildred Miller, Samuel Montes, Deborah Morgan, Denise Murdock, Cynthia Nelthorpe, Dorothy Palmer, Carol Petrich, Lorene Pratt, Janice Reichardt, Blanca Reyes, Randy Reynolds, Evelyn Riddle, Antonio Rodriguez, Caroline Root, Norma Sack, David Sanders, Carol Scarbrough, Maria Schleuniger, Margaret Shafer, William Siqueiros, Mark Sousa, Judy Stevenson, Juanita Sualog, Dana Valenzuela, Patricia Veary, Barbara Welshon, Virginia Wiggins, and Maria Zavala, as individuals and on behalf of all others similarly situated (collectively, the "Represented Plaintiffs") in the adversary proceeding pending before the United States Bankruptcy Court for the Central District of California, Riverside Division, bearing the adversary proceeding number 6:17-ap-01155-PC, and (ii) the appellants herein; Metropolitan Life Insurance Company and MetLife, Inc. (collectively "MetLife"), defendants in the Adversary Proceeding and appellees herein, and good cause appearing therefor,

///

///

///

///

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is approved.

2. The Appeal is dismissed, with prejudice, as to the Represented Plaintiffs, with each party to bear his/her/its respective costs and fees.

IT IS SO ORDERED.

May 02, 2019

_____
André Birotte Jr.
United States District Judge

CC: BK Court